# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 19, 2020

## NO.  03-19-00761-CR

**Jacob Joseph Romo, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## MODIFIED AND AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction rendered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal.  However, there was error in the judgment that requires correction. Therefore, the Court modifies the district court's judgment adjudicating guilt, which incorporates the assessed court costs, to delete the $750.00 cost for court-appointed attorney's fees.  The judgment adjudicating guilt, as modified, is affirmed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.